Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of

Division

HEAVEN JR JEROME
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

SEVEN ELEVEN
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. ~~23-CV-00247-WTJ-PRL~~
5:23-cv-281-BJD-PRL
*(to be filled in by the Clerk's Office)*

2023 MAY -3 AM 10:35
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

FILED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: HEAVEN JR JEROME *SR. Not my FATHER CERTIFICATE*
All other names by which you have been known: ~~MY~~ JEROME YOUNG *Birth Name PERFECTED PLEASE*
ID Number: 0039676
Current Institution: MARION COUNTY JAIL
Address: 3290 NORTHWEST 10 STREET
OCALA     FL     34475
       City              State        Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: SEVEN ELEVEN
Job or Title *(if known)*:
Shield Number:
Employer:
Address: HWY 27 AND NORTH PINE AVENUE
OCALA     FLORIDA 34475
       City            State        Zip Code
☑ Individual capacity    ☐ Official capacity

Defendant No. 2
Name: SEVEN ELEVEN
Job or Title *(if known)*:
Shield Number:
Employer:
Address: BONNIE HEATH AND 27 AVENUE
OCALA     FLORIDA 34475
       City            State        Zip Code
☑ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name
Job or Title *(if known)*
Shield Number
Employer
Address

N/A

City     State     Zip Code
☐ Individual capacity  ☐ Official capacity

Defendant No. 4
Name
Job or Title *(if known)*
Shield Number
Employer
Address

N/A

City     State     Zip Code
☐ Individual capacity  ☐ Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

MEDICAL NEGLIGANCE EXCESSIVE FORCE PRISONER RETALIATION ACTION (COSO) CAUSED ENDANGERMENT CRUEL AND UNUSUAL PUNISHMENT FALSE/MALICIOUS ARREST FALSE IMPRISONMENT

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. LOCAL GAS STATION, ENDANGERMENT PRISONER RETALIATION ACTION MALICIOUS OR FALSE ARREST CRUEL AND UNUSUAL PUNISHMENT FALSE IMPRISONMENT

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☑ Other (explain)   COUNTY SENTENCE MARION COUNTY JAIL 11/29 and 3/1000 NO MIRANDA RULE, ILLEGAL SENTENCE JUDGE COTTON   FAUE COTTON

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. [struck out] OUTDATED LICENSE NOTICE TO STORE CLERK GOT ME ARRESTED WHEN I WAS NOT TRESPASSED FROM THAT LOCATION. 2023 HIGH WAY 27 AND PINE AVENUE (NORTH) SEVEN ELEVEN TRESPASSED AFTER ARRESTED IN BOOKING

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. 1 800 NUMBER SAY CIRCLE K THEN ARABS OR INDIAN TOLD ME THEY WERENT IN THE COUNTRY ASKED WHO TO TALK TO IN UNITED STATE NO ANSWER ALL OF A SUDDEN I GET A TEXT SHOWING SOMETHING WITHOUT FLORIDA SEAL ON IT CLAIMING LICENSE 14 day temporary License posted winter month 2022 BONNIE HEATH @ 27 AVENUE (POSTED ON FB JEROME HEAVEN RECENT PAGE TRESPASSED WARNING PAPERS AFTER VOLUNTEER CLEANING NIGHTS

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

JAIL RECORD SHOULD SHOW HUMBLY JANUARY OR FEBUARY 2023 SERVING 14 DAYS IN THE MARION JAIL

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* INMATE MONTOYA LATINO SEXUAL CHARGE G pod SECTION A SAW OFFICER MOORE KNEE ALONG WITH SGT JENNINGS AND DIAZ, WHILE BEING IN HANDCUFFS BECAUSE OF A REQUEST FORM ABOUT LPNS QUESTIONING WHY I WANT A MEDICAL REQUEST, AND A JAIL CLERK SIGNING COURT PAPERS WITHOUT JUDGE THOMPSON HANCOCK JOHN ON IT. THE LIE TOLD TO OPD WHICH DID THEIR JOBS AND HAVE BEEN WONDERFUL TO ME IN FEEDING ME IM HOMELESS HAD TO REACT BECAUSE I SHOWED NUMEROUS STORE CLERKS AT [illegible] LOCATIONS THAT LOTTERY WHICH CALLED AND MADE AWARE TOBACCO, ALCOHOL LICENSE WERENT UPDATED

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. DEALING WITH A LOW PULSE RATE I HAD DEAL WITH THE MENTAL PYSCOLOGICAL ALSO PHYSICAL ASPECT OF ENDANGERMENT BECAUSE OF NO UP TO DATE EKG MONITOR WHICH IN THE WAS OBSERVED BY A LPN ALSO HAVING TO DEFEND MYSELF FIGHTING INMATES TWICE MY SIZE BEING PLACED IN POD WITH FELONY CHARGED INMATE FACING PRISON TIME NOT BEING ABLE RECIEVE BUT ONE DAY WHEN PERCENT OF 14 IS 11.90 DAYS PLUS BED MAKING DAY NO TB TEST TO GET TO TRUSTEE IT TAKE 14 DAYS TO GET A SHOT 3 DAYS THEN ANOTHER WEEK.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I WOULD LIKE THE ENTIRETY of OF THE INSURANCE POLICY BECAUSE I WAS NOT TRESPASSING NO STORE CLERK HAD TO COUNSEL ME AT ALL FOR ANYTHING AND MADE A FALSE REPORT TO OCALA POLICE DEPARTMENT AND PUT ME AT RISK WHERE I WENT TO A PLACE SUFFERING FROM WIEGHT LOSS, GANG VIOLENCE, ENDANGERMENT, EXCESSIVE FORCE PRISONER RETALIATION ACTION RISK OF CATCHING STAFF AGAIN COVID-19 AGAIN FOR HAVING TO BE FORCED TO WEAR USED COTTON MASK WHEN THE MANDATE WAS UP FEBUARY 2021. PLACED ME IN HARMS WAY OF LIVING IN A PLACE NOT FIT AT ALL NOT UP TO CODE,

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No BECAUSE THE ORIGIN OF THE FALSE REPORT STARTED WHEN THE STORE CLERK IN RETALIATION LIED TO DISPATCH 911 CAUSING OCALA POLICE DEPARTMENT TO RESPOND AS A PART OF THEIR JOB

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes DANGEROUS SITUATION RISK OF ENDANGERMENT PRISONER RETALIATION ACTION EXCESSIVE FORCE

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

N/A

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No  I TOLD ~~DEPUTY~~ DETENTION OFFICER HAWK AT FIRST APPEARANCE JUST TO HAVE A WITNESS ~~OF~~ AND CASUAL CONVERSATION

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   CASUAL CONVERSATION MOMENTARY SHORT TOLD DETENTION ~~SHERIFF~~ CORPORAL HAWK ABOUT OUT DATED LICENSE

3. What was the result, if any?

   I DO NOT KNOW WHAT HIS ACTIONS WERE

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   ~~I~~ APPEALED THE JUDGEMENT OF 14 DAYS COUNTY TIME GROUNDS THAT THERE WAS NOT WRIT OF TRESPASS AT THAT LOCATION OR WARNING BECAUSE I BELIEVE THE SAME PERSONS ARE BEHIND THESE STORES WITH NO LICENSES TO OPERATE PROPERLY BY STATE AND FEDERAL LAWS THEIR DECISION WAS BASED ON THE LOCATION WITH THE WARNING

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   *N/A*

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   *N/A*

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   *N/A*

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*UNITED STATE DISTRICT COURT MIDDLE DISTRICT of FLORIDA OCALA DIVISION*

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

3. The **Clerk** shall send Plaintiff a Civil Rights Complaint form, instructions, and an application to proceed *in forma pauperis* (prisoner filings) form. If Plaintiff chooses to refile his claims, he may complete and submit the appropriate forms. Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims. In initiating such a case, Plaintiff should either file a fully completed application to proceed *in forma pauperis* (if he desires to proceed as a pauper) or pay the proper filing fee (if he does not desire to proceed as a pauper).

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 20th day of April 2023.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to: Pro Se Partry

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit
   Plaintiff(s) HEAVEN JEROME JR
   Defendant(s) SEVEN ~~~~~~~~~ ELEVEN

2. Court (if federal court, name the district; if state court, name the county and State)
   UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA OCALA DIVISON

3. Docket or index number
   DO1/047125556280?caseID=413249

4. Name of Judge assigned to your case
   WILLIAM F JUNG OR PHILIRR. CAMMENS 4/19/2023

5. Approximate date of filing lawsuit
   4/20/2023

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. DISMISSED WITHOUT PREJUSTICE

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?) YES

   INCORRECT FORM

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? yes

Page 9 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)   HEAVEN JEROME JR
   Defendant(s)   BILLY WOOD SHERIFF

2. Court *(if federal court, name the district; if state court, name the county and State)*

   UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA OCALA DIVISION

3. Docket or index number   DOC1/047/25548181/
   ~~000000~~ I DO NOT KNOW CASE ID 413239

4. Name of Judge assigned to your case
   PHILIP R LAMMENS SIGNED ON 4/19/2023

5. Approximate date of filing lawsuit
   4/19/2023

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: APRIL TWENTY SEVEN TWO THOUSAND TWENTY THREE

Signature of Plaintiff: Jerome Heaven Jr
Printed Name of Plaintiff: HEAVEN JEROME JR
Prison Identification #: 6039676
Prison Address: 3290 NORTHWEST 10 STREET
OCALA, FLORIDA 34475
City / State / Zip Code

B. **For Attorneys**

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City / State / Zip Code
Telephone Number:
E-mail Address:

3290 NORTHWEST 10 STREET
MARION COUNTY JAIL
1413 NORTHWEST 18 STREET
OCALA, FLORIDA 34475

UNITED STATES DISTRICT COURT
FOR THE ~~DISTRICT~~ OF DIVISION
DISTRICT

HEAVEN JEROME JR.
GREENHORN PROSE
  PLAINTIFF
    -V-
SEVEN ELEVEN
DEFENDANT

Civil action NO 28 U.S.C. § 1914(a)

DECLARATION IN SUPPORT OF THE MOTION TO PROCEED
   IN FORM PAUPARIS

I HEAVEN JEROME JR AM THE PETITIONER/PLAINTIFF IN THE ABOVE ENTITLED CASE SUPPORT OF MY MOTION TO PROCEED WITHOUT BEING REQUIRED TO PREPAY FEES OR COSTS OR GIVE SECURITY THEREFORE I STATE THAT BECAUSE OF MY POVERTY I AM UNABLE TO PAY THE CASH OF SAID PROCEEDINGS OR GIVE SECURITY THEREFORE AND THAT I BELIEVE I AM ENTITLED TO REDRESS I DECLARE THAT THE RESPONSES WHICH I HAVE MADE BELOW ARE TRUE

UNEMPLOYED AS 3/16/2023
HIGHER QUEST

SNAP BENEFITS CURRENT 281.00
CASHAPP $0 BALANCE INTERNET DEBIT $0 BALANCE
HOMELESS

GREENHORN/SUA SPONTE PRO SE
RECIEVED HALF $30 = $15 TO INMATE ACCOUNT 3/21/23